■ In the Matter of CHARLES R. CLINK JR., Petitioner, v ROBERT F. CUNNINGHAM, as Superintendent of Woodbourne Correctional Facility, Respondent. [3 NYS3d 647]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Sullivan County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., Garry, Devine and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.